RICHARD A. BESHWATE, JR.  SBN 179782
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LILLIANA GONZALES,<br><br>    Defendant | CASE NO.: 1:14-CR-00147-AWI-BAM-4<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant and MICHAEL G. TIERNEY, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for November 30, 2015, at 10:00 a.m., shall be continued until JANUARY 11, 2016, at 10:00 a.m. or to a date the Court deems appropriate.

   This continuance is necessary to provide defense additional time needed to prepare for sentencing, gather relevant materials and meet with defendant to discuss those items.  This continuance will conserve time and resources for both counsel and the court.

   Since Defendant has pled guilty and the matter is set for sentencing, the Speeding Trial Act is not applicable..

Dated: November 24, 2015            Respectfully submitted,

                                    /s/ Richard A. Beshwate, Jr.
                                    RICHARD A. BESHWATE, JR.
                                    Attorney for Defendant,
                                    LILLIANA GONZALES


Dated:  November 24, 2015
                                    Respectfully submitted,

                                    /s/Michael G. Tierney
                                    MICHAEL G. TIERNEY
                                    Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing be continued to **JANUARY 11, 2015, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   November 25, 2015

_____
SENIOR  DISTRICT  JUDGE