RICHARD A. BESHWATE, JR.  SBN 179782
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LILLIANA GONZALES,<br><br>            Defendant | CASE NO.: 1:14-CR-00147 AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE HEARING |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant and MICHAEL G. TIERNEY, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for January 11, 2016, at 10:00 a.m., shall be continued until FEBRUARY 8, 2016, at 10:00 a.m. or to a date the Court deems appropriate.

　　　　This continuance is necessary in order to provide Ms. Gonzales the opportunity to be with her son for his surgery and also to allow Ms. Gonzales to graduate from the Better Choices program.  This continuance will conserve time and resources for both counsel and the court.

　　　　Since Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable..

Dated: January 8, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Richard A. Beshwate, Jr.
　　　　　　　　　　　　　　　　　　　　RICHARD A. BESHWATE, JR.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　LILLIANA GONZALES


Dated:  January 8, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Michael G. Tierney
　　　　　　　　　　　　　　　　　　　　MICHAEL G. TIERNEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing be continued to **FEBRUARY 8, 2016, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  January 8, 2016                               _____
                                                                                 SENIOR  DISTRICT  JUDGE